UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CR. NO. 04-102-01ML
:
MIGUEL JUSINO

**DEFENDANT'S MOTION TO RE-SCHEDULE SENTENCING HEARING**

Now comes the defendant, Miguel Jusino, by and through counsel, and hereby moves to re-schedule the sentencing hearing currently set for July 1, 2005. As grounds, counsel for Mr. Jusino avers that he is currently engaged in a trial before Justice Gale at the Providence County Superior Court. The Government does not object to the granting of this motion.

Respectfully submitted,
MIGUEL JUSINO,
By counsel,

JOHN E. MACDONALD, 5368
LAROCHELLE & MACDONALD, INC.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
Telephone: 401.421.1440
Facsimile: 401.421.1442

Granted.
USDJ 6/29/05

**CERTIFICATION**

I hereby certify that on 6-29-05 a true copy of this document was delivered to A.U.S.A. Mary Rogers, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.