UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 04-102-01ML** **DATE: July 8, 2005**

**TITLE: USA v. Miguel Jusino, a/k/a Speedy**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSAs Mary E. Rogers; Stephen G. Dambruch - Govt**
**John A. MacDonald - for Deft**
**Michael Perry - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**Conference with counsel held in Chambers immediately before this hearing.**

**No objections to the PSR. Court addresses correspondence from this deft, in which deft is objecting to calculation of criminal history using a 1999 state conviction under seal. Court overrules that objection.**

**Counsel make their sentencing recommendations. Court imposes sentence as to Counts I and II of the Indictment: 84 mos' imprisonment (concurrent terms); followed by 5 yrs' supervised release (concurrent terms). Special conditions of S/R: deft is to participate in Probation-approved substance-abuse treatment program, to include periodic testing of up to 72 drug tests per year; deft is to participate in Probation-approved mental-health treatment program.**

**$200 total special assessment; no fine is imposed. Court strongly recommends to the BOP that this deft, when eligible, be considered for participation in the intensive drug-treatment program.**

**Deft exercises his right of allocution. Deft is advised of his right of appeal. Deft is remanded.**