**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 04-102-01ML** |
| | : | |
| **MIGUEL JUSINO** | | |

**DEFENDANT'S NOTICE OF APPEAL**

Now comes the defendant, Miguel Jusino, by and through counsel, and hereby appeals the sentence imposed on July 8, 2005 to the United States Court of Appeals for the First Circuit.

Respectfully submitted,
MIGUEL JUSINO,
By counsel,

JOHN E. MACDONALD, 5368
LAROCHELLE & MACDONALD, INC.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
Telephone: 401.421.1440
Facsimile: 401.421.1442

**CERTIFICATION**

I hereby certify that on 7-8-05 a true copy of this document was delivered to A.U.S.A. Mary Rogers, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.