UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

FILED IN CLERK'S OFFICE
2005 JUL 14 A 11: 29

July 8, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CR 04-102-01ML
USA v. Miguel Jusino

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By [signature]
John Duhamel
Deputy Clerk

Encl.: **Case file, incl. J&C's Statement of Reasons (sealed); PSR (sealed); certified copy of docket entries**

CCA #: 05-2056
SC 7.14.05