UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

November 23, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: CR 04-102ML **CCA# 05-2050**
USA v. Miguel Jusino

Dear Clerk of Court:

Enclosed herewith you will find the Supplemental Record on Appeal, together with a certified copy of the district court's docket entries.

Kindly return the enclosed copy of this letter as acknowledgment of receipt.

Sincerely yours,
David A. DiMarzio
Clerk of Court

BY: J. Duhamel

John Duhamel - Deputy Clerk
(401) 752-7205
**E-mail: John_Duhamel@rid.uscourts.gov**

encl: Certified Docket
**Doc# 73 (4/12/05 C/Plea Hearing transcript);**
**Doc# 74 (7/8/05 Sentencing Hearing transcript)**