CR 04-102 J-Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2050

UNITED STATES,

Appellee,

v.

MIGUEL JUSINO,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

JUDGMENT

Entered: July 21, 2006

After a thorough review of the record and of the appellant's submissions, we find no non-frivolous issues that could be advanced. Accordingly, we allow the motion to withdraw, and we affirm the judgment below.

We note that, while it appears that appellant's juvenile conviction may not have been scored properly, any error in computing his criminal history points was harmless. He should not have been assessed three points for his juvenile conviction because he was not sentenced as an adult. See U.S.S.G. § 4A1.2(d)(1). At the very least, however, one point should have been assessed for the juvenile conviction because the sentence on that charge was imposed less than five years before appellant's commencement of the instant offense. See U.S.S.G. § 4A1.2(d)(2)(B). This is true even if appellant was never confined on the juvenile charge. At a minimum, then, appellant should have been assessed ten criminal history points, still placing him in Criminal History Category V. Therefore, any error at sentencing clearly was harmless, and we see no non-frivolous argument that could be advanced to the contrary.

Affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk
Deputy Clerk

Date: AUG 11 2006

[cc: Ms. Taylor, Ms. Rogers, Messrs: Jusino, Dambruch and Lockhart]