IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:04-CR- 00102 |
| | * | |
| Miguel A. Jusino | * | |
| | * | |
| Defendant, | | |

---

**DEFENDANT'S MOTION SEEKING REDUCTION IN SENTENCING**

---

Defendant Mr. Jusino's Motion for Modification of sentence stemming from the U.S. sentencing Commission's Crack Amendment to the U.S. sentencing guideline.

---

Defendant, Miguel A. Jusino acting here in pro-se Pursuant to title 18, United States Code, Section 3582(c)(2) And Section 1B1.10(c) of the United States Sentencing Guideline Respectfully Request this Honoable Court to reduce his sentence of 84 months. In support of this Motion Mr. Jusino sets forth the following:

**INDRODUCTION**

On 4/12/05, Mr.Jusino had pleaded guilty to two counts of Federal offenses namely:1) Conspiracy to distribute, and to posses with intent to distribute five grams or more of a mixtrue or substance containing a detectable amount of cocaine base, A schedule II controlled substance, in violat[illegible]

Controlled substance, in violation of U.S.C. #841(A)(1) and 841 (1)(B).

2) Possession with intent to distribute five grams or more of a mixture or substance containing a detecable amount of cocaine base, A schedule II controlled substance in violateion of 21 U.S.C. # 841 (A)(1) and 841 (b)(1)(B).

Mr. Jusino sentencing hearing was held on July 8, 2005 at the hearing, Mr. jusino sentencing was calculated as following: A Criminal History Category of 5, Base Offense Level of 26, Mr. jusino was given a three level reduction for Acceptance of responsibility, yeild a total offense level of 23, with a criminal history category of 5. The guideline range of 84 to 105 months, the District Court Sentenced Mr. Jusino to 84 Months imprisonment as to count one and two (concurrently) followd by 5 years supervised release.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**APPLICABLE LAW AND ARGUMENT**

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

As a result of the recent United States Sentencing Commission's decision to reduce the crack cocaine sentencing Guidelines and allowed District Court judges to reduce the sentence of persons serving time under thr prior guidelines, in conjunction with the supreme Court decision in Booker and Kimbrough, Mr.jusino asks for a substantial amount of reduction of his sentence.

The sentencing Commission made it's decision on retroact-ivtiy, of the crack cocaine Amendment after Months of deliberation and years of examining cocaine issues it solicited public comments

②

on the issues of retroactivity and received over 33,000 letters alone with written comments. Almost all of which were in favor of retroactivity. In Decemember of 2007, The Commission held a full Day hearing on the issuse of retroactivily and heard from key stake holders in the Federal and Criminal Justic Community.

The Sentencing Commission considered a Numbers of factors during it's deliberation, including the purpose for lowering crack cocaine sentences, The limit on any reduction allowed by the Amendment whether it would be difficult for the Courts to apply the reduction and whether making the Amendment retroactive. would raise public safety concerns or cause unwarranted sentencing disparity in the Federal system.

Ultimately, the commission determined that the statutory purposes of sentencing are best served by retroactive Application of the Amendment.Mindful of public safety and resource concerns on Decemember 11/2007 the commission issued direction to the courts on the limited nature of this and all other retroactive Amendments and on the need to consider public safety in each case. The Commission delayed the effective date of this decision on retroactivity until March 3, 2008 in order to give the courts sufficient time to parpare for and process these cases.In Mr. Jusion case, he pleaded guilty and was sentenced on two counts: Two crack cocaine counts. His criminal History Category was calculated at 5 offense level 26 before Mr. Jusion was given 3 points levels reduction for Acceptance of responsibility yeilding a total offense level of 23. With criminal history category 5 A guildine range of 84 to 105 months imprisonment . Now as previo-

usley mentioned on November 1, 2007. The sentencing commission Amended the guidelines and reduced sentences by two levels for crack cocaine offenses. As such, with the implementation of the two levels deduction Mr. Jusion base offense level, of 23 would be reduced to 21 A base offense level of 21 and a criminal history category Of 5, calls for a guideline range of 70 TO 87 months imprisonment.

In Kimbrough VS. United States, 123 S. Ct. 538 (2007). the Supreme Court gave judges way more leeway to impose extremely shorter sentences than the two levels redudction in the crack cocaine offenses. For instance, in Kimbrough the high court correctly ruled that the guidelines as Amended "NOW" Advances A crack/powder Ratio the varies cat different offense level, between 25 to 1 and 80 to 1. And the Commission has recommended a ratio of at most 20 to i. Mimbrough, 128 S.Ct. 573 ( citing recommendation from the sentencing Commission 1999 crack report (1 to 1 ration) and 2002 crack report (20 to 1).

Pursuant to # 3553 (A) A court can consider a number of factors in order to reduce a defendant prison sentence. Factors to be considered among others are " The need to provide the defendant with needed Educational or Vocational training ID 3553 A)(2), well here Mr. jusion had made good use of the educational and vocational classes available throughout the Federal Bureau of Prisons.For instance, Mr. Jusion has received his G.E.D. (see certificate attached here to as exhibit "A"). Mr. Jusion has received a 4.000 G.P.A. on MAT 100 and received 3 college, credits. (see certificats attached here to as exhibit "B". Mr.Jusion has received a certificate of compleation and has completed work as a suicide

companion. (see certificate attached here to as exhibit "C". and "D"). Mr. Jusion received a certificate for the Drug program abuse educational program (see certificate attached here as to exhibit "E".) Mr. Jusion is currently taking math 129 college course.

Evidently, Mr. Jusion has been rehabilitated and deserved to be Resentenced. Thus, pursuant to rule 43(*A)(2) of Federal Rules of Criminal procedure.

Wherefore, for good cause shown, Mr. Jusino pro-se Litigant, here by prays that this Honorable Court grant this Motion.

Respectfully Submitted

This ________Day_________ 2008

Miguel A Jusino

Reg: NO. 05525-070

F.C.I. Ray Brook

P.O. Box 9003

Ray Brook NY, 12977