UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 04-102-01ML

MIGUEL JUSINO

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Miguel Jusino, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

MIGUEL JUSINO,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that on August 26, 2008 I caused a copy of the within to be served upon Mary Rogers, Assistant United States Attorney and Kristin Mattias, USPO.

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 04-102-01ML

MIGUEL JUSINO

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

Mr. Jusino entered a guilty plea to a two count indictment on April 11, 2005. He was sentenced to 84 months incarceration on July 8, 2005. Mr. Jusino was assigned a total offense level of 23 with a criminal history category V. His guideline range was 84 to 105 months of incarceration. The court sentenced him to the low end of that range.

On November 1, 2007, the United States Sentencing Commission reduced the guidelines for crack cocaine offenses by two levels. Calculated under the post November 2007 guidelines Mr. Jusino would have a total offense level of 21. His advisory guideline range would be 70 to 87 months.

Mr. Jusino does not present a threat to public safety. A reduction to the low end of the amended guideline would result in a total reduction of 14 months in his sentence. For these reasons the Court should grant this motion and grant him a reduction to 70 months incarceration.

MIGUEL JUSINO,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Mary_McElroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Mary Rogers, Assistant United States Attorney and Kristin Mattias, United States Probation Officer on August 26, 2008.

/s/ Mary S. McElroy