**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
SEP 04 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES OF AMERICA )
)
v. ) CR. NO.04-102ML
)
MIGUEL JUSINO )

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level 23

Criminal History Category V

84 to 105 months imprisonment

4 to 5 years supervised release

$10,000 to $4,000,000 fine.

3. Defendant was sentenced on July 8, 2005 to 84 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level __21____

Criminal History Category _V__

_70__ to_87__ months imprisonment

_4_ to _5_ years supervised release

$7,500___ to $4,000,000_ fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the defendant has the following incident reports: May 19, 2006 and December 3, 2005, for possessing intoxicants, and on November 1, 2005 for being in unauthorized area.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 70 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

MARY S. McELROY
Counsel for Defendant

9-4-08
Date

MARY E. ROGERS
Assistant U.S. Attorney

8-28-08
Date